XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA, SBN 196029
Supervising Deputy Attorney General
MEGAN K. HEY, SBN 232345
ELIZABETH B. RUMSEY, SBN 257908
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6344
  Fax: (213) 897-2802
  E-mail: Megan.Hey@doj.ca.gov
*Attorneys for State of California, by and through*
*Attorney General Xavier Becerra*

MAURA HEALEY
Attorney General of Massachusetts
I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
  One Ashburton Place, 18th Floor
  Boston, MA  02108
  Telephone: (617) 963-2429
  Fax: (617) 727-9665
  E-mail: andy.goldberg@mass.gov
*Attorney for the Commonwealth of Massachusetts, by and through Attorney General Maura Healey*
(admitted pro hac vice)

*Additional Parties and Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, et al.,<br><br>                     Plaintiffs,<br>          v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>                     Defendants. | Case No. 19-CV-00871-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF SCHEDULE FOR BRIEFING THE DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT UNDER RULE 59 OR FOR RELIEF UNDER RULE 60** |

|   |   |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra, et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 19-CV-03807-EMC |

WHEREAS, on December 22, 2020, the Court issued its order granting Plaintiffs' motions for summary judgment and denying Defendants' cross-motion for summary judgment in these consolidated cases involving the denials of the Plaintiffs' respective petitions regarding chemical data reporting requirements under the federal Toxic Substances Control Act (*see* Order; ADAO Case ECF No. 58 and AGs' Case ECF No. 70, respectively);

WHEREAS, on January 5, 2021, the Court entered judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the plaintiffs Asbestos Disease Awareness Organization, American Public Health Association, Center for Environmental Health, Environmental Working Group, Environmental Health Strategy Center, and Safer Chemicals Healthy Families (collectively, "ADAO Plaintiffs") in Case No. 19-00871 (*see* Judgment; ADAO Case ECF No. 59);

WHEREAS, on January 5, 2021, the Court also entered judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the plaintiffs the State of California, by and through Attorney General Xavier Becerra, the Commonwealth of Massachusetts, by and through Attorney General Maura Healey, and the States of Connecticut, Hawaii, Maine, Maryland, Minnesota, New Jersey, Oregon, Washington, and the District of Columbia (collectively, "the States") in Case No. 19-03807 (*see* Judgment; AGs' Case ECF No. 71);

WHEREAS, on January 14 , 2021, the Court entered an Order (ADAO Case ECF No. 61; AGs' Case ECF No. 73) granting a stipulation regarding the enlargement of time for the Plaintiffs to file their bills of costs and motions for attorneys' fees pursuant to Civil Local Rules 54-1 and 54-5, respectively, in this matter, and those filings are now due by April 19, 2021;

2

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

WHEREAS, on February 2, 2021, the Defendants filed their Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 in these consolidated matters (ADAO Case ECF No. 62; AGs' Case ECF No. 74), with the motion noticed for hearing before this Court on March 11, 2021, at 1:30 p.m.;

WHEREAS, at various times in this action the Court granted extensions of time for deadlines in the litigation (*see*, e.g., the deadline for the ADAO Plaintiffs to file their opposition to the Defendants' motion to dismiss (ADAO Case ECF No. 23), the deadlines for the parties' summary judgment briefing (AGs' Case ECF No. 59), and the deadlines for filing bills of costs and motions for attorneys' fees (ADAO Case ECF No. 61; AGs' Case ECF No. 73));

WHEREAS, the ADAO Plaintiffs and the States seek an enlargement of time within which to respond to the Defendants' Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60, to afford the Plaintiffs the opportunity to confer with each other and among their many respective clients regarding their opposition to the Defendants' motion, including with respect to potentially filing a single, joint response to the motion. The parties also wish to confer regarding potential resolution of the matter. The granting of the proposed extension should not affect the schedule for the case, which was administratively closed upon entry of judgments in each case on January 5, 2021, and may potentially expedite the disposition of the matters addressed in the motion;

WHEREAS, the parties to the ADAO Case and AGs' Case agree that enlarging the time for responding to the Defendants' Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 would serve the interests of justice and should result in an efficient process for the litigants to address the Defendants' motion;

WHEREAS, the ADAO Plaintiffs and the States also seek such enlargement of time due to ongoing events associated with the COVID-19 pandemic that continue to cause extraordinary disruptions in the working, personal, and family lives of the country's population, including the litigants in this case;

3

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

WHEREAS, the parties reserve their rights to seek a stay of further proceedings in this Court, including with respect to costs or attorney fees, pending appeal, if appropriate.

WHEREAS, upon the Court's approval of this stipulation and order, the ADAO Plaintiffs and/or the States shall file their response to the Defendants' Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 by no later than February 26, 2021; and

WHEREAS, Defendants shall file their reply in further support of their motion by no later than March 5, 2021.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to the ADAO Case and the AGs' Case:

1. The ADAO Plaintiffs and/or the States shall file their response to the Defendants' Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 by no later than February 26, 2021.

2. Defendants shall file their reply in further support of their Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 by no later than March 5, 2021.

3. The March 11, 2021 hearing date is vacated and reset for March 18, 2021, at 1:30 p.m.

Respectfully submitted,

Dated: February 16, 2021

*s/ Robert M. Sussman (by permission)*
ROBERT M. SUSSMAN
Sussman & Associates
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net
*Attorney for ADAO Plaintiffs*

Dated:  February 16, 2021

FOR THE STATE OF CALIFORNIA
ATTORNEY GENERAL XAVIER BECERRA

*s/ Megan K. Hey (by permission)*
MEGAN K. HEY
Deputy Attorney General
*Attorneys for State of California*

4

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

| | |
|---|---|
| Dated: February 16, 2021 | FOR THE COMMONWEALTH OF MASSACHUSETTS<br>ATTORNEY GENERAL MAURA HEALEY<br><br>*s/ I. Andrew Goldberg*<br>I. ANDREW GOLDBERG<br>Assistant Attorney General<br>*Attorneys for Commonwealth of Massachusetts* |
| Dated: February 16, 2021 | FOR THE STATE OF CONNECTICUT<br>ATTORNEY GENERAL WILLIAM TONG<br><br>*s/ Matthew I. Levine (by permission)*<br>MATTHEW I. LEVINE<br>SCOTT N. KOSCHWITZ<br>Assistant Attorneys General<br>State of Connecticut<br>Office of the Attorney General<br>P.O. Box 120<br>55 Elm Street<br>Hartford, CT 06141-0120<br>(860) 808-5250<br>matthew.levine@ct.gov<br>*Attorneys for State of Connecticut* |
| Dated: February 16, 2021 | FOR THE STATE OF HAWAII<br>ATTORNEY GENERAL CLARE E. CONNORS<br><br>*s/ Wade H. Hargrove III (by permission)*<br>WADE H. HARGROVE III<br>Deputy Attorney General<br>(*admitted pro hac vice*)<br>Health and Human Services Division<br>Department of the Attorney General<br>465 South King Street, Room 200<br>Honolulu, Hawaii 96813<br>(808) 586-4070<br>wade.h.hargrove@hawaii.gov<br>*Attorneys for State of Hawaii* |

5

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

| | | |
|---|---|---|
| 1 | Dated: February 16, 2021 | FOR THE STATE OF MAINE |
| 2 | | ATTORNEY GENERAL AARON M. FREY |

*s/ Katherine Tierney (by permission)*
KATHERINE TIERNEY
Assistant Attorney General
(*admitted pro hac vice*)
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8897
katherine.tierney@maine.gov
*Attorneys for State of Maine*

Dated: February 16, 2021          FOR THE STATE OF MARYLAND
                                  ATTORNEY GENERAL BRIAN E. FROSH

*/s/ Steven J. Goldstein (by permission)*
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
(*admitted pro hac vice*)
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us
*Attorneys for State of Maryland*

Dated: February 16, 2021          FOR THE STATE OF MINNESOTA
                                  ATTORNEY GENERAL KEITH ELLISON

*s/ Philip Pulitzer (by permission)*
PHILIP PULITZER
Assistant Attorney General
(*admitted pro hac vice*)
900 Town Square Tower
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 757-1244
philip.pulitzer@ag.state.mn.us
*Attorneys for State of Minnesota*

6

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

| | |
|---|---|
| Dated: February 16, 2021 | FOR THE STATE OF NEW JERSEY<br>ATTORNEY GENERAL GURBIR S. GREWAL<br><br>*s/ Lisa Morelli (by permission)*<br>LISA MORELLI<br>Deputy Attorney General<br>Division of Law<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 093<br>Trenton, NJ 08625<br>(609) 376-2708<br>lisa.morelli@law.njoag.gov<br>*Attorneys for State of New Jersey* |
| Dated: February 16, 2021 | FOR THE STATE OF OREGON<br>ATTORNEY GENERAL ELLEN F. ROSENBLUM<br><br>*s/ Paul Garrahan (by permission)*<br><br>PAUL GARRAHAN<br>Attorney-in-Charge<br>(*admitted pro hac vice*)<br>STEVE NOVICK<br>Special Assistant Attorney General<br>(*admitted pro hac vice*)<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street, N.E.<br>Salem, Oregon  97301-4096<br>(503) 947-4342<br>paul.garrahan@doj.state.or.us<br>steve.novick@doj.state.or.us<br>*Attorneys for State of Oregon* |
| Dated: February 16, 2021 | FOR THE STATE OF WASHINGTON<br>ATTORNEY GENERAL ROBERT W. FERGUSON<br><br>*s/ Jonathan C. Thompson (by permission)*<br>JONATHAN C. THOMPSON<br>Assistant Attorney General<br>(*admitted pro hac vice*)<br>Ecology Division<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, WA 98504-0117<br>(360) 586-6740<br>jonathan.thompson@atg.wa.gov<br>*Attorney for State of Washington* |

7

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

Dated: February 16, 2021

FOR THE DISTRICT OF COLUMBIA
ATTORNEY GENERAL KARL A. RACINE

*s/ Robyn R. Bender (by permission)*
ROBYN R. BENDER
Deputy Attorney General
Public Advocacy Division
CATHERINE A. JACKSON
Chief, Public Integrity Section
DAVID S. HOFFMANN
Assistant Attorney General
(*admitted pro hac vice*)
441 Fourth Street N.W., Suite 650 North
Washington, D.C. 20001
(202) 442-9889
david.hoffmann@dc.gov
*Attorneys for the District of Columbia*

Dated: February 16, 2021

U.S. DEPARTMENT OF JUSTICE

*/s/ Debra J. Carfora*
DEBRA J. CARFORA
BRANDON N. ADKINS
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865 Email:
brandon.adkins@usdoj.gov
*Attorneys for Defendants*

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Edward M. Chen
United States District Judge

8

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF SCHEDULE FOR BRIEFING THE DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT UNDER RULE 59 OR FOR RELIEF UNDER RULE 60** was served by Notice of Electronic Filing this 16th day of February 2021, upon all ECF registered counsel of record in each of the above-captioned cases using the Court's CM/ECF system.

*s/ I. Andrew Goldberg*
For the Commonwealth of Massachusetts

9

Stipulation and [Proposed] Order Regarding Deadlines for Motion to Alter or Amend
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC