MATTHEW RODRIQUEZ
Acting Attorney General of California
DAVID A. ZONANA, SBN 196029
Supervising Deputy Attorney General
MEGAN K. HEY, SBN 232345
ELIZABETH B. RUMSEY, SBN 257908
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6344
  Fax: (213) 897-2802
  E-mail: Megan.Hey@doj.ca.gov
*Attorneys for State of California, by and through Attorney General Xavier Becerra*

MAURA HEALEY
Attorney General of Massachusetts
I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
  One Ashburton Place, 18th Floor
  Boston, MA  02108
  Telephone: (617) 963-2429
  Fax: (617) 727-9665
  E-mail: andy.goldberg@mass.gov
*Attorney for the Commonwealth of Massachusetts, by and through Attorney General Maura Healey*
*(admitted pro hac vice)*

*Additional Parties and Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, et al.,<br><br>Plaintiffs,<br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 19-CV-00871-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE THEIR BILLS OF COSTS AND MOTIONS FOR ATTORNEYS' FEES PURSUANT TO CIVIL LOCAL RULES 54-1 AND 54-5, RESPECTIVELY, FOLLOWING ENTRY OF JUDGMENT IN EACH PLAINTIFF'S FAVOR ON MOTIONS FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra, et al.,<br><br>Plaintiffs,<br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 19-CV-03807-EMC |

WHEREAS, on December 22, 2020, the Court issued its order granting Plaintiffs' motions for summary judgment and denying Defendants' cross-motion for summary judgment in these consolidated cases involving the denials of the Plaintiffs' respective petitions regarding chemical data reporting requirements under the federal Toxic Substances Control Act (*see* Order; ADAO Case ECF No. 58 and AGs' Case ECF No. 70, respectively);

WHEREAS, on January 5, 2021, the Court entered judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the plaintiffs Asbestos Disease Awareness Organization, American Public Health Association, Center for Environmental Health, Environmental Working Group, Environmental Health Strategy Center, and Safer Chemicals Healthy Families (collectively, "ADAO Plaintiffs") in Case No. 19-00871 (*see* Judgment; ADAO Case ECF No. 59);

WHEREAS, on January 5, 2021, the Court also entered judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the plaintiffs the State of California, by and through Attorney General Xavier Becerra, the Commonwealth of Massachusetts, by and through Attorney General Maura Healey, and the States of Connecticut, Hawaii, Maine, Maryland, Minnesota, New Jersey, Oregon, Washington, and the District of Columbia (collectively, "the AGs") in Case No. 19-03807 (*see* Judgment; AGs' Case ECF No. 71);

2

Stipulation and [Proposed] Order Regarding Rule 54 Costs and Fees Motion Deadlines
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

WHEREAS, Civil Local Rule 54-1(a) provides that bills of costs be filed no later than 14 days after entry of judgment under which costs may be claimed, that is, in the subject cases, by no later than January 19, 2021;

WHEREAS, Civil Local Rule 54-5(a) provides that claims for awards of attorneys' fees be made by motion filed no later than 14 days after the entry of judgment by the District Court, that is, in the subject cases, by no later than January 19, 2021;

WHEREAS, at various times in this action the Court granted extensions of time for deadlines in the litigation (*see*, e.g., the deadline for the ADAO Plaintiffs to file their opposition to the Defendants' motion to dismiss (ADAO Case ECF No. 23), the deadlines for the parties' summary judgment briefing (AGs' Case ECF No. 59), and the deadline for the ADAO Plaintiffs and AGs to file their bills of costs and motions for attorneys' fees (ADAO Case ECF No. 72, AGs' Case ECF No. 60)).

WHEREAS, the ADAO Plaintiffs and the AGs seek a further enlargement of time within which to file motions seeking the payment of costs and attorneys' fees to afford the Plaintiffs the opportunity to continue to confer with each other and among their many respective clients regarding their intentions for pursuing their costs and attorneys' fees in these matters and to continue to confer with the Defendants regarding potential settlement of these claims, and the granting of the proposed extension would not affect the schedule for the case, which was administratively closed upon  entry of judgment in each case on January 5, 2021, and instead would potentially expedite the disposition of any claims for costs and attorneys' fees here;

WHEREAS, the parties to the ADAO Case and AGs' Case agree that enlarging the time for filing any costs and attorneys' fees motions in the two cases would serve the interests of justice and should result in an efficient process for the litigants to address the Plaintiffs' costs and attorneys' fees demands in the case, including providing sufficient time for the Plaintiffs and the Defendants to confer as to a potential settlement of the Plaintiffs' claims for costs and attorneys' fees in the matter;

3

Stipulation and [Proposed] Order Regarding Rule 54 Costs and Fees Motion Deadlines
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

WHEREAS, the ADAO Plaintiffs and the AGs also seek such enlargement of time due to ongoing events associated with the COVID-19 pandemic that continue to cause extraordinary disruptions in the working, personal, and family lives of the country's population, including the litigants in this case;

WHEREAS, the parties reserve their rights to seek a stay of further proceedings in this Court, including with respect to costs or attorney fees, pending appeal, if appropriate;

WHEREAS, upon the Court's approval of this stipulation and order, the ADAO Plaintiffs and/or the AGs shall file their Civil Local Rule 54-1 bills of costs and their Civil Local Rule 54-5 motions for attorneys' fees by no later than July 19, 2021;

WHEREAS, EPA shall file objections to any item in any bill of costs and oppositions to the attorneys' fees motions by no later than August 19, 2021;

WHEREAS, the ADAO Plaintiffs and the AGs may file replies in support of their attorneys' fees motions no later than September 17, 2021.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to the ADAO Case and the AGs' Case:

1. The ADAO Plaintiffs and/or the AGs shall file their Civil Local Rule 54-1 bills of costs and their Civil Local Rule 54-5 motions for attorneys' fees by no later than July 19, 2021.

2. EPA shall file objections to any item in any bill of costs and oppositions to the attorneys' fees motions by no later than August 19, 2021.

3. The ADAO Plaintiffs and the AGs may file replies in support of their attorneys' fees motions no later than September 17, 2021.

Dated: April 14, 2021

Respectfully submitted,

*s/ Robert M. Sussman (by permission)*
ROBERT M. SUSSMAN
Sussman & Associates
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118

4

|   |   |
|---|---|
|   | bobsussman1@comcast.net |
|   | *Attorney for ADAO Plaintiffs* |
| Dated: April 14, 2021 | FOR THE STATE OF CALIFORNIA |
|   | ACTING ATTORNEY GENERAL MATTHEW RODRIQUEZ |
|   | *s/ Megan K. Hey (by permission)* |
|   | MEGAN K. HEY |
|   | Deputy Attorney General |
|   | *Attorneys for State of California* |
| Dated: April 14, 2021 | FOR THE COMMONWEALTH OF MASSACHUSETTS |
|   | ATTORNEY GENERAL MAURA HEALEY |
|   | *s/ I. Andrew Goldberg* |
|   | I. ANDREW GOLDBERG |
|   | Assistant Attorney General |
|   | *Attorneys for Commonwealth of Massachusetts* |
| Dated: April 14, 2021 | FOR THE STATE OF CONNECTICUT |
|   | ATTORNEY GENERAL WILLIAM TONG |
|   | *s/ Matthew I. Levine (by permission)* |
|   | MATTHEW I. LEVINE |
|   | SCOTT N. KOSCHWITZ |
|   | Assistant Attorneys General |
|   | State of Connecticut |
|   | Office of the Attorney General |
|   | P.O. Box 120 |
|   | 55 Elm Street |
|   | Hartford, CT 06141-0120 |
|   | (860) 808-5250 |
|   | matthew.levine@ct.gov |
|   | *Attorneys for State of Connecticut* |
| Dated: April 14, 2021 | FOR THE STATE OF HAWAII |
|   | ATTORNEY GENERAL CLARE E. CONNORS |
|   | *s/ Wade H. Hargrove III (by permission)* |
|   | WADE H. HARGROVE III |
|   | Deputy Attorney General |
|   | (*admitted pro hac vice*) |
|   | Health and Human Services Division |
|   | Department of the Attorney General |
|   | 465 South King Street, Room 200 |
|   | Honolulu, Hawaii 96813 |
|   | (808) 586-4070 |

5

Stipulation and [Proposed] Order Regarding Rule 54 Costs and Fees Motion Deadlines
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

| | |
|---|---|
| | wade.h.hargrove@hawaii.gov |
| | *Attorneys for State of Hawaii* |

| | |
|---|---|
| Dated: April 14, 2021 | FOR THE STATE OF MAINE |
| | ATTORNEY GENERAL AARON M. FREY |
| | |
| | *s/ Katherine Tierney (by permission)* |
| | KATHERINE TIERNEY |
| | Assistant Attorney General |
| | (*admitted pro hac vice*) |
| | Office of the Attorney General |
| | 6 State House Station |
| | Augusta, ME 04333-0006 |
| | (207) 626-8897 |
| | katherine.tierney@maine.gov |
| | *Attorneys for State of Maine* |
| | |
| Dated: April 14, 2021 | FOR THE STATE OF MARYLAND |
| | ATTORNEY GENERAL BRIAN E. FROSH |
| | |
| | */s/ Steven J. Goldstein (by permission)* |
| | STEVEN J. GOLDSTEIN |
| | Special Assistant Attorney General |
| | (*admitted pro hac vice*) |
| | Office of the Attorney General |
| | 200 Saint Paul Place |
| | Baltimore, MD 21202 |
| | (410) 576-6414 |
| | sgoldstein@oag.state.md.us |
| | *Attorneys for State of Maryland* |
| | |
| Dated: April 14, 2021 | FOR THE STATE OF MINNESOTA |
| | ATTORNEY GENERAL KEITH ELLISON |
| | |
| | *s/ Philip Pulitzer (by permission)* |
| | PHILIP PULITZER |
| | Assistant Attorney General |
| | (*admitted pro hac vice*) |
| | 900 Town Square Tower |
| | 445 Minnesota Street, Suite 900 |
| | St. Paul, Minnesota 55101-2127 |

6

Stipulation and [Proposed] Order Regarding Rule 54 Costs and Fees Motion Deadlines
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

|   |   |
|---|---|
|   | (651) 757-1244 |
|   | philip.pulitzer@ag.state.mn.us |
|   | *Attorneys for State of Minnesota* |

Dated: April 14, 2021

FOR THE STATE OF NEW JERSEY
ATTORNEY GENERAL GURBIR S. GREWAL

*s/ Lisa Morelli (by permission)*
LISA MORELLI
Deputy Attorney General
Division of Law
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, NJ 08625
(609) 376-2708
lisa.morelli@law.njoag.gov
*Attorneys for State of New Jersey*

Dated: April 14, 2021

FOR THE STATE OF OREGON
ATTORNEY GENERAL ELLEN F. ROSENBLUM

*s/ Paul Garrahan (by permission)*

PAUL GARRAHAN
Attorney-in-Charge
(*admitted pro hac vice*)
STEVE NOVICK
Special Assistant Attorney General
(*admitted pro hac vice*)
Natural Resources Section
Oregon Department of Justice
1162 Court Street, N.E.
Salem, Oregon  97301-4096
(503) 947-4342
paul.garrahan@doj.state.or.us
steve.novick@doj.state.or.us
*Attorneys for State of Oregon*

Dated: April 14, 2021

FOR THE STATE OF WASHINGTON
ATTORNEY GENERAL ROBERT W. FERGUSON

*s/ Jonathan C. Thompson (by permission)*

7

Stipulation and [Proposed] Order Regarding Rule 54 Costs and Fees Motion Deadlines
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

|  |  |
|---|---|
|  | JONATHAN C. THOMPSON<br>Assistant Attorney General<br>(*admitted pro hac vice*)<br>Ecology Division<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, WA 98504-0117<br>(360) 586-6740<br>jonathan.thompson@atg.wa.gov<br>*Attorney for State of Washington* |
| Dated: April 14, 2021 | FOR THE DISTRICT OF COLUMBIA<br>ATTORNEY GENERAL KARL A. RACINE<br><br>*s/ Robyn R. Bender (by permission)*<br>ROBYN R. BENDER<br>Deputy Attorney General<br>Public Advocacy Division<br>CATHERINE A. JACKSON<br>Chief, Public Integrity Section<br>DAVID S. HOFFMANN<br>Assistant Attorney General<br>(*admitted pro hac vice*)<br>441 Fourth Street N.W., Suite 650 North<br>Washington, D.C. 20001<br>(202) 442-9889<br>david.hoffmann@dc.gov<br>*Attorneys for the District of Columbia* |
| Dated: April 14, 2021 | U.S. DEPARTMENT OF JUSTICE<br><br>*/s/ Brandon N. Adkins*<br>DEBRA J. CARFORA<br>BRANDON N. ADKINS<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Tel: (202) 616-9174<br>Fax: (202) 514-8865 Email:<br>brandon.adkins@usdoj.gov<br>*Attorneys for Defendants* |

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

Stipulation and [Proposed] Order Regarding Rule 54 Costs and Fees Motion Deadlines
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC

DATED:  _____
　　　　　Edward M. Chen
　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE THEIR BILLS OF COSTS AND MOTIONS FOR ATTORNEYS' FEES PURSUANT TO CIVIL LOCAL RULES 54-1 AND 54-5, RESPECTIVELY, FOLLOWING ENTRY OF JUDGMENT IN EACH PLAINTIFF'S FAVOR ON MOTIONS FOR SUMMARY JUDGMENT** was served by Notice of Electronic Filing this 14th day of April 2021, upon all ECF registered counsel of record in each of the above-captioned cases using the Court's CM/ECF system.

　　　　　*s/ I. Andrew Goldberg*
　　　　　For the Commonwealth of
　　　　　Massachusetts

9

Stipulation and [Proposed] Order Regarding Rule 54 Costs and Fees Motion Deadlines
Case No. 19-CV-00871-EMC
Case No. 19-CV-03807-EMC